NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 04-842

STATE OF LOUISIANA

VERSUS

EZIKEL RUBEN, JR.

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 65387-65388
HONORABLE VERNON BRUCE CLARK, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

AFFIRMED.

Honorable William E. Tilley
District Attorney
30th Judicial District Court
P.O. Box 1188
Leesville, LA 71496-1188
(337) 239-2008
Counsel for: Plaintiff/Appellee
State of Louisiana

**Terry Wayne Lambright**
**Attorney at Law**
**100 South Third Street**
**Leesville, LA 71446**
**(337) 239-6557**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Kenota Pulliam Johnson**
**Louisiana Appellate Project**
**P. O. Box 5781**
**Shreveport, LA 71135-5781**
**(318) 991-9757**
**Counsel for: Defendant/Appellant**
**Ezikel Ruben, Jr.**

**Ezikel Ruben, Jr.**
**River Bend Detention Center**
**9450 Hwy. 65 South**
**Lake Providence, LA 71254-4006**